TUCKER ELLIS LLP
MONEE TAKLA HANNA SBN 259468
monee.hanna@tuckerellis.com
515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409

TUCKER ELLIS LLP
DUSTIN B. RAWLIN (*pro hac vice application forthcoming*)
dustin.rawlin@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009

Attorneys for Defendant MENTOR WORLDWIDE LLC

TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Houston ◆ Los Angeles ◆ San Francisco ◆ St. Louis

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEVERLY ROSE and JACK G. ROSE;<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL NICCOLE, M.D., MENTOR WORLDWIDE, LLC and DOES 1-100, inclusive,<br><br>Defendants. | Case No. **22cv0158-LL-WVG**<br><br>**DECLARATION OF MONEE TAKLA HANNA IN SUPPORT OF MENTOR WORLDWIDE LLC'S NOTICE OF REMOVAL** |

I, Monee Takla Hanna, declare as follows:

1. I am an attorney at law duly authorized to practice before all courts of the State of California. The facts stated hereunder are true, known to me of my own personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. I am an attorney at Tucker Ellis LLP, attorneys of record for Defendant Mentor Worldwide LLC.

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

3. Michael Niccole, M.D. was served with the Summons and Complaint on November 12, 2021. Because he is not a properly joined defendant, Mentor does not need the consent of Dr. Niccole to this removal. *See* 28 U.S.C. § 1446(b)(2)(A).

4. Mentor Worldwide LLC was served with the Summons and Complaint on January 4, 2022.

5. Defendant Mentor Worldwide LLC is a limited liability company organized and existing under the laws of the State of Delaware whose sole member is, and was at the time the Complaint was filed, Ethicon, Inc.

6. Attached hereto as **Exhibit A** is a copy of all process, pleadings, and orders received.

7. Attached hereto as **Exhibit B** is a true and correct copy of Dr. Niccole's Demurrer to Plaintiffs' Complaint, as well as his memorandum of point and authorities, which was filed on January 10, 2022 in the Superior Court for the State of California, County of San Diego.

8. Attached hereto as **Exhibit C** are true and correct copies of verdicts and settlements in cases brought by plaintiffs alleging injuries similar to those alleged in this case.

9. Mentor will file a Notice of Filing Notice of Removal with the Clerk of the Superior Court of California for the County of San Diego and will serve Plaintiffs' counsel with a copy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed by me on this 3rd day of February, 2022 at Los Angeles, California.

/s/ *Monee Takla Hanna*
MONEE TAKLA HANNA

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On February 3, 2022, I served the following: **DECLARATION OF MONEE TAKLA HANNA IN SUPPORT OF MENTOR WORLDWIDE LLC'S NOTICE OF REMOVAL** on the interested parties in this action by:

(X) **ELECTRONICALLY VIA ECF:** the above-entitled document to be served electronically through the United States District Court, Southern District ECF website, addressed to all parties appearing on the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

(X) **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Jennifer A. Lenze, Esq.
LENZE LAWYERS, PLC
1300 Highland Avenue, Suite 207
Manhattan Beach, CA 90266
E-Mail: jlenze@lenzelawyers.com; mcgee@lenzelawyers.com
*Attorneys for Plaintiffs*

Robert W. Frank, Esq.
Marisa D. Sarti, Esq.
NEIL, DYMOTT, FRANK MCCABE & HUDSON, PLC
110 West A Street, Suite 1200
San Diego, CA 92101
*Attorneys for Defendant Michael Niccole M. D.*

(X) I declare that I am employed in the office of the Bar of this Court at whose direction the service was made.

Executed on February 3, 2022, at Los Angeles, California.

*/s/ Monee Takla Hanna*
MONEE TAKLA HANNA
*Attorneys for Defendant MENTOR WORLDWIDE LLC*